# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2592 Disciplinary Docket No. 3 |
| | : | |
| JAMES HERBERT WOLFE, III | : | Board File No. C1-19-140 |
| | : | |
| | : | (Supreme Court of New Jersey, |
| | : | D-4 September Term 2018) |
| | : | |
| | : | Attorney Registration No. 32057 |
| | : | |
| | : | (Out of State) |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

        **AND NOW**, this 17th day of May, 2019, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, James Herbert Wolfe, III, is suspended from the practice of law in the Commonwealth of Pennsylvania for one year.  He shall comply with all the provisions of Pa.R.D.E. 217.